■ In the Matter of the Claim of LYNNE P. KANTER, Appellant. COMMISSIONER OF LABOR, Respondent. [28 NYS3d 353]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 2, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Substantial evidence supports the decision of the Unemployment Insurance Appeal Board finding that claimant voluntarily left her employment as a legal coordinator with a real estate management and development company without good cause. The record establishes that claimant was given a negative performance evaluation, with which she disagreed. When the employer subsequently gave her a final warning and 30 days in which to improve her performance, claimant quit because she surmised that being fired was inevitable. Because resigning in response to criticism or in anticipation of discharge does not constitute good cause for leaving one's employment (see

*Matter of Zerrillo [Commissioner of Labor]*, 91 AD3d 1011, 1012 [2012]; *Matter of Seiglar [Commissioner of Labor]*, 51 AD3d 1118, 1118 [2008]), the Board's decision that claimant was disqualified from receiving unemployment insurance benefits will not be disturbed.

Lahtinen, J.P., Garry, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.